# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, ) | | Case No. 19-20818-CMB |
| Tammy Campbell, ) | | Filed under |
|     Debtor/movant ) | | 11 USC 362(c)(3) |
| Tammy Campbell, ) | | Filed under |
|     Debtor/movant ) | | |
| V.    . ) | | Chapter 13 |
| **Ally Financial** | | |
| **American InfoSource LP** | | |
| **Amsher Coll / Dish Network** | | |
| **Apothaker & Assoc.** | | |
| **Capital One** | | |
| **Cavalry SPV** | | |
| **Collection Service / Childrens Comm Peda** | | |
| **Credit Coll / Progressive** | | |
| **Credit One Bank** | | |
| **Credit Protection / Peoples Natural gGas** | | |
| **Diversified Consultant / AT&T Wireless** | | |
| **Enhanced Recovery Co / Comcast Cable** | | |
| **Finleyville Borough** | | |
| **First Federal Credit / Alliance Chartier** | | |
| **Jefferson Capital Syst / Gettington** | | |
| **Lvnv Funding Llc / Springleaf Financial** | | |
| **Macys** | | |
| **Mark J Udren, Esq.** | | |
| **Nordstrom Card Services** | | |
| **Peoples Natural Gas Company LLC** | | |
| **PNC Bank, N.A** | | |
| **Portfolio Recovery** | | |
| **Profess Acct / PGH Parking Court** | | |
| **Ringgold School District** | | |
| **Springleaf Financial** | | |
| **Township of Union** | | |
| **Verizon** | | |
| **West Penn Power** | | |
| **Westfield Insurance** | | |
|     Creditor/respondent(s) ) | | Hearing date 3/27/19 @ 11:30am |
| Ronda Winnecour ) | | |
|     Trustee/respondent ) | | Response Deadline 3/19/19 |

## CERTIFICATE OF NO OBJECTION
## ON THE DEBTOR'S MOTION EXTENDING THE AUTOMATIC STAY
## BEYOND 30 DAYS

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _3/02/19__ has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _3/19/19___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                                              Respectfully submitted,

                                                              Respectfully submitted,
                                                              BURDELSKI LAW OFFICES
DATE__3/20/19                                    __/s/Russell A. Burdelski, Esquire_____
                                                              R. Burdelski, Esquire
                                                              1020 Perry Highway
                                                              Pittsburgh, PA 15237
                                                              (412) 366-1511
                                                              PA I.D. # <u>72688</u>
                                                              atyrusb@choiceonemail.com