IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**TAMMY M. CAMPBELL**<br><br>Debtor<br><br>**TAMMY M. CAMPBELL**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-20818**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Russell A. Burdelski, Esquire 72688   PA**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

ALLIANCE CHARTER
c/o FIRST FEDERAL CREDIT
24700 CHAGRIN BLVD. SUITE 2
Beachwood, OH 44122


ALLY
PO BOX 380901
Minneapolis, MN 55438-0901


ALLY FINANCIAL
200 RENAISSANCE CENTER
Detroit, MI 48243


AMERIFINANCIAL SOLUTIONS
FOUND RADIOLOGY
PO BOX 7
Vassar, MI 48768


AMSHER COLLECTIONS/DISH NETWORK
4524 SOUTH LAKE PARKWAY
STE 1
Birmingham, AL 35244

AT&T/DIVERSFIELD CONSULTANTS

10550 DEER WOOD PARK BLVD.

Jacksonville, FL 32256


CAPITAL ONE

PO BOX 30285

Salt Lake City, UT 84130


CAPITAL ONE

c/o PORTFOLIO RECOVERY

120 CORPORATE BLVD. STE 1

Norfolk, VA 23502


CHILD COMMUNITY PEDIATRICS

COLLECTION SERVICES

PO BOX 14931

Pittsburgh, PA 15234


COMCAST CABLE/ENHANCED RECOVERY

8014 BAYBERRY ROAD

Jacksonville, FL 32256


CPA/PEOPLES GAS

PO BOX 802068

Dallas, TX 75380


CPA/PEOPLES GAS

PO BOX 9037

Addison, TX 75001


CREDIT ONE BANK

PO BOX 60500

City of Industry, CA 91716


FINLEYVILLE BORO

c/o KEYSTONE COLLECTIONS GROUP

546 WEDNEL ROAD

Irwin, PA 15642


Finleyville Boro & SD

c/o Keystone Collections Group

546 Wendell Road

Irwin, PA 15642


GENERAL INSURANCE

c/o CREDIT COLLECTIONS

PO BOX 607

Norwood, MA 02062

HSBC BANK NEVADA NA c/o CALVARY SPV

ATTN: DAVID APOTHAKER ESQ

520 FELLOWSHIP ROAD STE C306

PO BOX 5496

Mount Laurel, NJ 08054


JEFFERSON CAPITAL SYSTEMS LLC

16 MCLELAND ROAD

Saint Cloud, MN 56303


JOSEPH MAYNARD

198 MCCHAIN ROAD

Finleyville, PA 15332


MACYS

PO BOX 183084

Columbus, OH 43218


NCB MANAGEMENT EXPRESS

610 WALTHAM WAY

Sparks, NV 89434


NORDSTROM

PO BOX 13589

Scottsdale, AZ 85267


PARKING COURT

633 W WISCONSIN AVENUE

Milwaukee, WI 53203


PEOPLES GAS

PO BOX 644760

Pittsburgh, PA 15264


PNC

PO BOX 747024

Pittsburgh, PA 15274


PNC

C/O MARK UDREN, ESQ

111 WOODCREST ROAD, STE 200

Cherry Hill, NJ 08003-3620


PNC BANK

PO BOX 1820

Dayton, OH 45401-1820


PNC/NBC MANAGEMENT

PO BOX 1099

Langhorne, PA 19047

PORTFOLIO RECOVERY

120 CORPORATE BOULEVARD

STE 100

Norfolk, VA 23502


PROGRESSIVE

c/o CREDIT COLLECTION

PO BOX 607

Norwood, MA 02062


SPRINGLEAF FINANCIAL

c/o LVNV FUNDING INC

PO BOX 10497

Greenville, SC 29603


TMOBILE/DIVERSFIELD CONSULTANT

10550 DEER WOOD PARK BLVD.

Jacksonville, FL 32256


VERIZON

5000 TECHNOLOGY DR SUITE 300

Saint Charles, MO 63304


WEST PENN POWER

PO BOX 6387

Akron, OH 44309-3687


WESTFIELD INSURANCE

ONE PEARL CIRCLE

PO BOX 5001

Westfield Center, OH 44251


By: **/s/ Russell A. Burdelski, Esquire**
 Signature
**Russell A. Burdelski, Esquire 72688   PA**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**
Address
**(412) 366-1511 Fax:(412) 366-1711**
Phone No.
**72688   PA PA**
List Bar I.D. and State of Admission