# Earnings   Statement

Cont Center:  8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY EXEMPTION ADDTL.W H
FEDERAL          15        3.00
PENNSYLVANIA     0         5.00

Page  002 of 002
Period Beg/End:    08/26/2018 - 09/08/2018
Advice Date:       09/14/2018
Advice Number:     0004406925
Batch Number:      300000001194

TAMMY   CAMPBELL
198  MCCHAIN  RD
FINLEYVILLE   PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 09/02/18 - 09/08/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 2.22 | 96.08 |
| CURR PER: 08/26/18 - 09/01/18 | | | |
| Base | 28.85 | 39.02 | 1125.73 |

# LUXOTTICA

# THIS IS NOT A CHECK

## Earnings Statement

Cost Center: 5927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION ADTL.W.H
FEDERAL         19      0.00
PENNSYLVANIA    99      0.00

| | | |
|---|---|---|
| Page: | 001 of 002 | |
| Period Beg/End: | 09/09/2018 - 09/22/2018 | |
| Advice Date: | 09/28/2018 | |
| Advice Number: | 0004454758 | |
| Batch Number: | 000000001205 | |

TAMMY  CAMPBELL
198  MCCHAIN   RD
FINLEYVILLE   PA   15332

### Earnings

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 33.15 | 956.38 | |
| Base | 28.85 | 72.58 | 999.92 | 13,041.65 |
| OT | 43.28 | 1.03- | 44.58- | |
| OT | 44.15 | 1.03 | 45.53 | |
| OT | 43.28 | 0.88- | 38.09- | |
| OT | 44.20 | 0.88 | 38.90 | 1,133.27 |
| MTHLY BONUS | | | 151.80 | |
| MTHLY BONUS | | | 151.60 | 303.20 |
| Holiday Pay | 28.85 | 8.00 | 230.80 | 230.80 |
| Gross Pay | | | | 14,041.72 |

### Tax Deductions: Federal

| | Amount | Year-To-Date |
|---|---|---|
| Withholding Tax | 66.70- | 66.70- |
| EE Social Security Tax | 141.58- | 889.55- |
| EE Medicare Tax | 33.11- | 208.03- |

### Tax Deductions: Pennsylvania

| | Amount | Year-To-Date |
|---|---|---|
| Withholding Tax | 69.86- | 439.48- |
| EE Unemployment Tax | 1.46- | 8.97- |

### Additional Deductions

| | Amount | Year-To-Date |
|---|---|---|
| *Std Medical EE pre-tax | 126.08- | 504.32 |
| *Dental EE pre-tax | 14.78- | 59.12- |
| *Suppl Life | 5.01 | 20.04 |
| *Contact Lens Benefit Optn | 10.73- | 42.92- |
| Spouse Life | 4.32- | 17.28- |
| Child Life Ins | .55- | 2.20- |
| Total Net Pay | | |
| Total Work Hrs/Net Pay End | | |

### Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 9.33 | |
| PTO Taken | 8.00 | |
| PTO Balance | 1.50 | |
| Grp Term Life | 7.98 | 31.92 |

### Payment Method

| | Amount |
|---|---|
| Direct Deposit | 1,957.89 |

2432.07

Your federal taxable wages          2,283.45

*Excluded from Federal Taxable Wages



LUXOTTICA  Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason, OH  45040
Ph.  no.1-866-431-8484

Advice  Number:          0004454758

Advice  Date:          09/28/2018

Deposited  to  the  account  of
TAMMY   CAMPBELL

| Account Number | Transit ABA | Amount |
|---|---|---|
| XXXXXXX9174 | 044000024 | 1957.89 |

# Earnings Statement

PCSSAB  729560
Cost Center:  8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION-ADDTL.W/H
FEDERAL          18      0.00
PENNSYLVANIA     26      0.00

| | | Page 002 of 002 |
|---|---|---|
| Period Beg/End: | | 09/09/2018 - 09/22/2018 |
| Advice Date: | | 09/28/2018 |
| Advice Number: | | 0004454758 |
| Batch Number: | | 000000001205 |

TAMMY   CAMPBELL
198  MCCHAIN   RD
FINLEYVILLE    PA    15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 09/16/18 - 09/22/18 | | | |
| Base | 28.85 | 32.59 | 939.93 |
| CURR PER: 09/09/18 - 09/15/18 | | | |
| Base | 28.85 | 33.15 | 956.38 |
| Holiday Pay | 28.85 | 8.00 | 230.80 |
| RETRO BEG: 09/02/18 - 09/08/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 2.22 | 96.08 |
| RETRO BEG: 08/26/18 - 09/01/18 | | | |
| Base | 28.85 | 39.02 | 1125.73 |
| RETRO BEG: 08/19/18 - 08/25/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT ORIGINAL | 43.28 | 0.88 | 38.59 |
| OT REVISED | 44.29 | 0.88 | 38.90 |
| OT VARIANCE | 0 | 0.00 | 0.81 |
| MTHLY BONUS | 0.00 | 0.00 | 75.80 |
| RETRO BEG: 08/12/18 - 08/18/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT ORIGINAL | 43.28 | 1.03 | 44.58 |
| OT REVISED | 44.29 | 1.03 | 45.53 |
| OT VARIANCE | 0 | 0.00 | 0.95 |
| MTHLY BONUS | 0.00 | 0.00 | 75.80 |
| RETRO BEG: 08/05/18 - 08/11/18 | | | |
| Base | 28.85 | 32.80 | 946.28 |
| MTHLY BONUS | 0.00 | 0.00 | 75.80 |
| RETRO BEG: 07/29/18 - 08/04/18 | | | |
| Base | 28.85 | 34.50 | 995.33 |
| Personal Time Off | 28.85 | 8.00 | 230.80 |
| MTHLY BONUS | 0.00 | 0.00 | 75.80 |

LUXOTTICA

THIS IS NOT A CHECK

# Earnings Statement

PERSAS: 739560
Cost Center: 8927

Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason  ,OH  45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION-ADLTL.W/H
FEDERAL        15      0.00
PENNSYLVANIA   05      0.00

Page  001 of 002
Period Beg/End:      09/23/2018 - 10/06/2018
Advice Date:         10/12/2018
Advice Number:       0004530515
Batch Number:        300000001218

TAMMY  CAMPBELL
198  MCCHAIN   RD
FINLEYVILLE   PA   15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 7.42 | 214.07 | |
| Base | 28.85 | 40.00 | 1,154.00 | |
| Base | 28.85 | 40.00 | 1,154.00 | |
| OT | 28.85 | 40.00 | 1,154.00 | 15,563.72 |
| OT | 43.28 | 5.58 | 241.50 | |
| OT | 43.28 | 1.25 | 54.10 | |
| OT | 43.28 | 13.90 | 601.60 | 2,032.41 |
| MTHLY BONUS | | | | 303.20 |
| Holiday Pay | | | | 230.80 |
| Personal Time of | | | | 230.80 |
| **Gross Pay** | | | **3,419.27** | **18,360.99** |
| **Tax Deductions: Federal** | | | | |
| Withholding Tax | | | 25.53 | 92.23 |
| EE Social Security Tax | | | 202.78- | 1,092.32- |
| EE Medicare Tax | | | 47.43- | 255.46- |
| **Tax Deductions: Pennsylvania** | | | | |
| Withholding Tax | | | 105.16 | 539.64 |
| EE Unemployment Tax | | | 2.05 | 11.02 |
| **Additional Deductions** | | | | |
| *Std Medical EE pre tax | | | 126.08- | 630.40- |
| *Dental EE pre tax | | | 14.78 | 73.90 |
| *Suppl Life | | | 5.01 | 25.05 |
| Contact Lens Benefit Optn | | | 10.73 | 53.65 |
| Spouse Life | | | 4.32- | 21.60 |
| Child Life Ins | | | 0.55- | 0.75 |
| **Total Net Pay** | | | **2,879.85** | **15,562.98** |
| Total Work Hrs Per Pay Prd & YTD | | | 93.15 | 986.39 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.19 | |
| PTO Earned | 11.40 | |
| PTO Taken | 8.00 | |
| PTO Balance | 3.58 | |
| Grp Term Life | 7.98 | 39.90 |

**Payment Method**                    **Amount**
Direct Deposit                         2,879.85

Your federal taxable wages       3,270.65

*Excluded from Federal Taxable Wages



LUXOTTICA  Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason  ,OH  45040
Ph.  no.1-866-431-8484

Advice  Number:        0004530515
Advice  Date:          10/12/2018

Deposited  to  the  account  of
TAMMY   CAMPBELL

THIS IS NOT A CHECK

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 2879.85 |

# Earnings  Statement

Cost. Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL              1%       0.02
  PENNSYLVANIA         0%       3.00

Period Beg/End:      09/23/2018 – 10/06/2018
Advice Date:         10/12/2018
Advice Number:       0004530515
Batch Number:        000000001218

Page  002  of 002

TAMMY  CAMPBELL
198 MCCHAIN    RD
FINLEYVILLE   PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 09/30/18 – 10/06/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 13.90 | 601.60 |
| CURR PER: 09/23/18 – 09/29/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 1.25 | 54.10 |
| RETRO BEG: 09/16/18 – 09/22/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 5.58 | 241.55 |
| RETRO BEG: 09/09/18 – 09/15/18 | | | |
| Base | 28.85 | 33.15 | 956.38 |
| Holiday Pay | 28.85 | 8.00 | 230.80 |



THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

CO   EMPLOYEE ID   000034-000001
Cost Center: 8927

| | | |
|---|---|---|
| Page | 001 of 002 | |
| Period Beg/End: | 10/07/2018 - 10/20/2018 | |
| Advice Date: | 10/26/2018 | |
| Advice Number: | 0004586241 | |
| Batch Number: | 000000001238 | |

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION ADDTL.W/H
FEDERAL           1s         0.00
PENNSYLVANIA      1s         0.00

TAMMY   CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE   PA   15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 29.85 | 15.23 | 872.14 | |
| Base | 28.85 | 40.00 | 1,154.00 | 17,589.86 |
| OT | 43.28 | 8.37 | 362.25 | 2,394.72 |
| MTHLY BONUS | | | | 303.20 |
| Holiday Pay | | | | 230.80 |
| Personal Time of | | | | 230.80 |
| Gross Pay | | | 2,388.39 | 20,749.38 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | | 92.23 |
| EE Social Security Tax | 138.86 | 1,231.17 |
| EE Medicare Tax | 32.48 | 287.94 |

| Tax Deductions: Pennsylvania | | |
|---|---|---|
| Withholding Tax | 68.52 | 605.16 |
| EE Unemployment Tax | 1.43 | 12.15 |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre tax | 126.68 | 956.48 |
| *Dental EE pre tax | 14.78 | 88.68 |
| *Supp. Life | 5.31 | 29.26 |
| Contact Lens Benefit Optn | 10.73 | 64.49 |
| Spouse Life | 4.82 | 25.95 |
| Child Life Ins | 0.55 | 1.30 |
| Total Net Pay | 1,985.63 | 17,548.61 |
| Total Work Hrs Per Pay Prd & YTD | 78.60 | 664.99 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 12.92 | |
| PTO Taken | 8.00 | |
| PTO Balance | 5.10 | |
| Grp Term Life | 7.98 | 47.88 |

| Payment Method | | Amount |
|---|---|---|
| Direct Deposit | | 1,985.63 |

Your Federal taxable wages        2,239.79

*Excluded from Federal Taxable Wages

---

# LUXOTTICA

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

| Advice Number: | 0004586241 |
|---|---|
| Advice Date: | 10/26/2018 |

**Deposited to the account of**
TAMMY   CAMPBELL

| Account Number | Transit ABA | Amount |
|---|---|---|
| XXXXXXX9174 | 044000024 | 1985.63 |

THIS IS NOT A CHECK

# Earnings  Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Cost Center: 8927

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL            1S       0.00
PENNSYLVANIA      0S       0.00

Period Beg/End:    10/07/2018 - 10/20/2018
Advice Date:       10/26/2018
Advice Number:     0004586241
Batch Number:      000000001238

Page  002  of 002

TAMMY   CAMPBELL
198  MCCHAIN   RD
FINLEYVILLE    PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| **CURR PER: 10/14/18 - 10/20/18** | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 8.37 | 362.25 |
| **CURR PER: 10/07/18 - 10/13/18** | | | |
| Base | 28.85 | 30.23 | 872.14 |



THIS IS NOT A CHECK

# Earnings Statement

Cost Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION.ADDTL.W/H
FEDERAL            1s         0.00
PENNSYLVANIA      00         0.00

Page 001 of 002
Period Beg/End:    10/21/2018 - 11/03/2018
Advice Date:       11/09/2018
Advice Number:     0004633327
Batch Number:      000000001250

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA  15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 40.00 | 1,154.00 | |
| Base | 28.85 | 40.00 | 1,154.00 | 19,897.86 |
| OT | 43.28 | 6.32 | 273.53 | |
| OT | 43.28 | 0.50 | 21.65 | |
| MTHLY BONUS | | | | 2,689.90 |
| Holiday Pay | | | | 503.20 |
| Personal Time of | | | | 230.80 |
| Gross Pay | | | 2,603.18 | 23,352.56 |

**Tax Deductions: Federal**

| | | |
|---|---|---|
| Withholding Tax | | 52.25 |
| EE Social Security Tax | 152.19 | 1,383.36 |
| EE Medicare Tax | 35.59 | 323.53 |

**Tax Deductions: Pennsylvania**

| | | |
|---|---|---|
| Withholding Tax | 75.11 | 683.27 |
| EE Unemployment Tax | 1.56 | 14.01 |

**Additional Deductions**

| | | |
|---|---|---|
| *Std Medical EE pre tax | 126.08 | 882.56 |
| *Dental EE pre tax | 14.78 | 125.46 |
| *Supp. Life | 5.01 | 35.07 |
| Contact Lens Benefit Optn | 10.73 | 75.11 |
| Spouse Life | 4.32 | 30.24 |
| Child Life Ins | 0.55 | 3.85 |
| Total Net Pay | 2,177.26 | 19,725.87 |
| Total Work Hrs Per Pay Prd & YTD | 86.82 | 751.81 |

Other Benefits and Information

| | This Period | Year-to-date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 14.59 | |
| PTO Taken | 8.00 | |
| PTO Balance | 6.77 | |
| Grp Term Life | 7.98 | 55.86 |

Payment Method

| | Amount |
|---|---|
| Direct Deposit | 2,177.26 |

Your federal taxable wages    2,454.56

*Excluded from Federal Taxable Wages

---

**LUXOTTICA** Luxottica  Retail  North  America  Inc.
4000 Luxottica  Place
Mason ,OH  45040
Ph.  no.1-866-431-8484

Advice  Number:    0004633327
Advice  Date:      11/09/2018

**Deposited  to  the  account  of**
TAMMY  CAMPBELL

| | Account  Number | Transit  ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 2177.26 |

THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason , OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL         18      0.00
PENNSYLVANIA    29      0.00

Page 002 of 002
Period Beg/End:   10/21/2018 - 11/03/2018
Advice Date:      11/09/2018
Advice Number:    0004633327
Batch Number:     000000001250

TAMMY  CAMPBELL
198  MCCHAIN  RD
FINLEYVILLE  PA  15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 10/28/18 - 11/03/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 0.50 | 21.65 |
| CURR PER: 10/21/18 - 10/27/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 6.32 | 273.53 |

LUXOTTICA

THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Page 001 of 002
Period Beg/End:    11/04/2018 - 11/17/2018
Advice Date:       11/23/2018
Advice Number:     0004705112
Batch Number:      900000001260

FILING STATUS:SINGLE
AUTHORITY EXEMPTION ADETL W H
FEDERAL         1       4.00
PENNSYLVANIA    20      0.00

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA  15332

## Earnings

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 39.35 | 1,135.25 | |
| Base | 28.85 | 40.00 | 1,154.00 | 22,187.11 |
| OT | 43.28 | 1.40 | 60.59 | 2,750.49 |
| MTHLY BONUS | | | | 303.20 |
| Holiday Pay | | | | 230.85 |
| Personal Time of | | | | 230.85 |
| Gross Pay | | | 2,349.84 | 25,702.40 |

**Tax Deductions: Federal**

| | | | |
|---|---|---|---|
| Withholding Tax | | | 92.23 |
| EE Social Security Tax | | 136.47 | 1,519.83 |
| EE Medicare Tax | | 31.91 | 355.44 |

**Tax Deductions: Pennsylvania**

| | | | |
|---|---|---|---|
| Withholding Tax | | 67.33 | 750.80 |
| EE Unemployment Tax | | 1.41 | 15.42 |

**Additional Deductions**

| | | | |
|---|---|---|---|
| *Bra Medical EE pre tax | | 126.08 | 1,008.64 |
| *Dental EE pre tax | | 14.78 | 118.24 |
| *Supp. Life | | 5.31 | 49.08 |
| Contact Lens Benefit Optn | | 10.73 | 85.84 |
| Spouse Life | | 4.32 | 34.56 |
| Child Life Ins | | 0.55 | 4.40 |
| Total Net Pay | | 1,951.25 | 21,677.12 |
| Total Work Hrs Per Pay Prd & YTD | | 80.75 | 832.56 |

## Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 16.14 | |
| PTO Taken | 8.00 | |
| PTO Balance | 8.32 | |
| Grp Term Life | 7.98 | 63.84 |

**Payment Method**

| | Amount |
|---|---|
| Direct Deposit | 1,951.25 |

Your federal taxable wages    2,201.22

*Excluded from Federal Taxable Wages

# LUXOTTICA

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Advice Number:    0004705112

Advice Date:      11/23/2018

THIS IS NOT A CHECK

Deposited to the account of
TAMMY  CAMPBELL

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 1951.25 |

**Earnings Statement**

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason , OH 45040
Ph. no.1-866-431-8484

Cost Center: 8927

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL              1s       0.00
PENNSYLVANIA         0s       0.00

Period Beg/End:       Page 002 of 002
Advice Date:          11/04/2018 - 11/17/2018
Advice Number:        11/23/2018
Batch Number:         0004705112
                      000000001260

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 11/11/18 - 11/17/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 1.40 | 60.59 |
| CURR PER: 11/04/18 - 11/10/18 | | | |
| Base | 28.85 | 39.35 | 1135.25 |

LUXOTTICA

THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason, OH 45040
Ph. no.1-866-431-8484

Cost Center: 8927

| | | |
|---|---|---|
| Period Beg/End: | Page 001 of 002 | |
| | 11/18/2018 - 12/01/2018 | |
| Advice Date: | 12/07/2018 | |
| Advice Number: | 0004776689 | |
| Batch Number: | 000000001273 | |

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION:ADDTL.W/H
FEDERAL                1s        0.00
PENNSYLVANIA           99        3.00

TAMMY  CAMPBELL
198  MCCHAIN  RD
FINLEYVILLE   PA   15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Holiday Overtime | 43.28 | 4.67 | 202.12 | |
| Base | 28.85 | | | 202.12 |
| Base | 28.85 | 35.33 | 1,019.27 | |
| OT | 28.85 | 34.53 | 996.19 | 24,202.57 |
| MTHLY BONUS | 43.28 | 5.00 | 216.40 | 2,966.89 |
| Holiday Pay | | | | 333.28 |
| Holiday Pay | 28.85 | 8.00 | 230.80 | 461.60 |
| Personal Time of | | | | 230.80 |
| **Gross Pay** | | | 2,664.78 | 28,367.18 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | | |
| EE Social Security Tax | | 32.23 |
| | 156.01 | 1,675.64 |
| EE Medicare Tax | 36.49 | 391.93 |

| Tax Deductions: Pennsylvania | | |
|---|---|---|
| Withholding Tax | | |
| EE Unemployment Tax | 77.60 | 827.60 |
| | 1.60 | 17.02 |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre tax | | |
| *Dental EE pre-tax | 126.38 | 1,184.73 |
| *Suppl Life | 14.78 | 133.02 |
| Contact Lens Benefit Optn | 5.01 | 45.08 |
| Spouse Life | 10.73 | 96.57 |
| *Child Life Ins | 4.32 | 38.68 |
| | 0.55 | 4.95 |
| **Total Net Pay** | 2,232.21 | 23,909.53 |
| Total Work Hrs Per Pay Prd & YTD | 74.86 | 907.42 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 17.73 | |
| PTO Taken | 8.00 | |
| PTO Balance | 9.91 | |
| Grp Term Life | 7.98 | 71.82 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,232.21 |

Your federal taxable wages        2,516.16

*Excluded from Federal Taxable Wages

---

**LUXOTTICA**  Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason  ,OH  45040
Ph.  no.1-866-431-8484

| | | |
|---|---|---|
| Advice  Number: | | 0004776689 |
| Advice  Date: | | 12/07/2018 |

Deposited  to  the  account  of
TAMMY   CAMPBELL

| Account  Number | Transit  ABA | Amount |
|---|---|---|
| XXXXXXX9174 | 044000024 | 2232.21 |

THIS IS NOT A CHECK

**Earnings Statement**

Cost Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY.EXEMPTION/ADDTL.W/H
FEDERAL           15      0.00
PENNSYLVANIA      05      0.00

Period Beg/End:      Page 002 of 002
Advice Date:         11/18/2018 - 12/01/2018
Advice Number:       12/07/2018
Batch Number:        0004776689
                     000900001273

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE   PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 11/25/18 – 12/01/18 | | | |
| Base | 28.85 | 34.53 | 996.19 |
| CURR PER: 11/18/18 – 11/24/18 | | | |
| Base | 28.85 | 35.38 | 1019.27 |
| OT | 43.28 | 5.00 | 216.40 |
| Holiday  Overtime | 43.28 | 4.67 | 202.12 |
| Holiday  Pay | 28.85 | 8.00 | 230.80 |



THIS IS NOT A CHECK

# Earnings Statement

Cost Center: 9627

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Page  001 of 002
Period Beg/End:  12/02/2018 - 12/15/2018
Advice Date:  12/21/2018
Advice Number:  0004832996
Batch Number:  000000001294

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL       19     0.00
PENNSYLVANIA  09     0.00

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA   15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Holiday Overtime | | | | 202.12 |
| Base | 28.85 | 39.97 | 1,153.13 | |
| Base | 28.85 | 40.00 | 1,154.00 | 28,509.70 |
| OT | 43.28 | 11.58 | 482.52 | |
| MTHLY BONUS | | | | 5,459.41 |
| Holiday Pay | | | | 369.20 |
| Personal Time 1 | | | | 461.60 |
| Gross Pay | | | 2,789.65 | 41,166.53 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | | 92.23- |
| EE Social Security Tax | 164.36- | 1,840.20- |
| EE Medicare Tax | 38.44 | 430.37- |

| Tax Deductions: Pennsylvania | | |
|---|---|---|
| Withholding Tax | | |
| EE Unemployment Tax | 81.14- | 908.74- |
| | 1.68 | 18.75 |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre-tax | | |
| *Dental EE pre-tax | 126.08- | 1,200.80- |
| *Suppl Life | 14.78- | 147.80- |
| Contact Lens Benefit Optn | 5.01 | 50.10- |
| Spouse Life | 10.73- | 107.30- |
| *Child Life Ins | 4.32- | 43.20- |
| | 0.55 | 5.50- |
| Total Net Pay | 2,352.56 | 26,251.88 |
| Total Work Hrs per Pay Prd / Year | 91.55 | 998.77 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Std Medical Empl | 4,317.10 | 4,317.10 |
| PTO Carryover | 0.13 | |
| PTO Earned | 19.45 | |
| PTO Taken | 8.00 | |
| PTO Balance | 11.67 | |
| Uip Turn Life | 7.98 | 79.80 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 2,352.56 |

$2,799.55

Your federal taxable wages    2,651.03

*Excluded from Federal Taxable Wages

LUXOTTICA  Luxottica  Retail North  America  Inc.
4000 Luxottica  Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Advice  Number:   0004832996

Advice  Date:    12/21/2018

Deposited  to  the  account  of
TAMMY   CAMPBELL

THIS IS NOT A CHECK

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 2352.56 |

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY,EXEMPTION,ADDTL.W/H
FEDERAL            15      0.00
PENNSYLVANIA       20      0.00

| | | Page 001 of 002 |
|---|---|---|
| Period Beg/End: | | 12/16/2018 - 12/29/2018 |
| Advice Date: | | 01/04/2019 |
| Advice Number: | | 0004899110 |
| Batch Number: | | 000000001311 |

TAMMY  CAMPBELL
198 MCCHAIN   RD
FINLEYVILLE   PA   15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 40.00 | 1,154.00 | |
| Base | 28.85 | 19.98 | 576.42 | 1,730.42 |
| OT | 43.28 | 1.22 | 51.94 | 51.94 |
| Bereavement leave | 28.85 | 24.00 | 692.40 | 692.40 |
| Gross Pay | | | 2,474.76 | 2,474.76 |
| **Tax Deductions: Federal** | | | | |
| EE Social Security Tax | | | 143.79 | 143.79 |
| EE Medicare Tax | | | 33.63- | 33.63 |
| **Tax Deductions: Pennsylvania** | | | | |
| Withholding Tax | | | 70.93 | 70.93 |
| EE Unemployment Tax | | | 1.48 | 1.48 |
| **Additional Deductions** | | | | |
| *Std Medical EE pre tax | | | 132.39- | 132.39- |
| *Dental EE pre tax | | | 15.98- | 15.98 |
| *Supp. Life | | | 6.93 | 6.93 |
| Contact Lens Benefit Optn | | | 13.94 | 13.94 |
| Spouse Life | | | 4.32 | 4.32 |
| Child Life Ins | | | 0.55 | 0.55 |
| Total Net Pay | | | 2,055.62 | 2,055.62 |
| Total Work Hrs Per Pay Prd & YTD | | | 81.18 | 81.18 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 21.13 | |
| PTO Taken | 8.00 | |
| PTO Balance | 13.31 | |
| Grp Term Life | 8.86 | 8.86 |

**Payment Method**

| | Amount |
|---|---|
| Direct Deposit | 2,055.62 |

Your federal taxable wages      2,319.18

*Excluded from Federal Taxable Wages

---

**LUXOTTICA** Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Advice Number:    0004899110

Advice Date:    01/04/2019

THIS IS NOT A CHECK

Deposited to the account of

TAMMY   CAMPBELL

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 2055.62 |

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION-ADDTL.W/H
FEDERAL           18      0.00
PENNSYLVANIA      99      0.00

Period Beg/End:     Page 002 of 002
Advice Date:        12/16/2018 - 12/29/2018
Advice Number:      01/04/2019
Batch Number:       0004899110
                    000000001311

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE   PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 12/23/18 - 12/29/18 | | | |
| Base | 28.85 | 19.98 | 576.42 |
| CURR PER: 12/16/18 - 12/22/18 | | | |
| Base | 28.85 | 40.00 | 1154.00 |
| OT | 43.28 | 1.20 | 51.94 |
| Bereavement leave | 28.85 | 24.00 | 692.49 |



THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Page 001 of 002
Period Beg/End:    12/30/2018 - 01/12/2019
Advice Date:    01/18/2019
Advice Number:    0004965302
Batch Number:    000000001321

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION ADDTL.W/H
FEDERAL        18        0.00
PENNSYLVANIA    99        0.00

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA  15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 39.30 | 1,133.81 | |
| Base | 28.85 | 35.93 | 1,036.58 | 3,406.81 |
| OT | | | | |
| Holiday Pay | 28.85 | 8.00 | 230.80 | 51.94 |
| Bereavement Leav | | | 230.80 | 230.80 |
| Gross Pay | | | | 692.40 |

| Tax Deductions: Federal | | 2,401.19 | 4,875.99 |
|---|---|---|---|
| EE Social Security Tax | | | |
| EE Medicare Tax | | 139.23 | 283.52 |
| Tax Deductions: Pennsylvania | | 32.56 | 66.19 |
| Withholding Tax | | | |
| EE Unemployment Tax | | 68.67 | 139.80 |
| Additional Deductions | | 1.45 | 2.93 |
| *Std Medical EE pre-tax | | | |
| *Dental EE pre-tax | | 130.39- | 264.78 |
| *Suppl Life | | 15.08 | 30.16 |
| Contact Lens Benefit Optn | | 6.93 | 13.86 |
| Spouse Life | | 10.04 | 20.08 |
| Child Life Ins | | 4.32- | 8.64- |
| Total Net Pay | | 0.55 | 1.10 |
| Total Work Hrs Per Pay Prd & YTD | | 1,989.97 | 4,048.59 |
| | | 75.23 | 138.41 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 22.73 | |
| PTO Taken | 8.00 | |
| PTO Balance | 14.91 | |
| Grp Term Life | 8.86 | 17.72 |

Payment Method            Amount
Direct Deposit            1,989.97

Your federal taxable wages    2,245.61

*Excluded from Federal Taxable Wages

LUXOTTICA  Luxottica  Retail  North  America  Inc.
4000 Luxottica  Place
Mason ,OH  45040
Ph.  no.1-866-431-8484

Advice  Number:    0004965302
Advice  Date:    01/18/2019

Deposited  to  the  account  of
TAMMY  CAMPBELL

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 1989.97 |

THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason , OH 45040
Ph. no.1-866-431-8484

Cost Center: 8927

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION:ADDTL.W.H

| AUTHORITY | EXEMPTION | ADDTL.W.H |
|---|---|---|
| FEDERAL | 18 | 0.00 |
| PENNSYLVANIA | 00 | 0.00 |

Period Beg/End:    Page  002 of 002
12/30/2018 - 01/12/2019
Advice Date:      01/18/2019
Advice Number:    0004965302
Batch Number:     000000001321

TAMMY   CAMPBELL
198  MCCHAIN   RD
FINLEYVILLE   PA   15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 01/06/19 - 01/12/19 | | | |
| Base | 28.85 | 35.93 | 1036.58 |
| CURR PER: 12/30/18 - 01/05/19 | | | |
| Base | 28.85 | 39.30 | 1133.81 |
| Holiday Pay | 28.85 | 8.00 | 230.80 |

LUXOTTICA

THIS IS NOT A CHECK

# Earnings Statement

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Page  001 of 002
Period Beg/End:   01/13/2019 - 01/26/2019
Advice Date:      02/01/2019
Advice Number:    0005038421
Batch Number:     000000001331

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL          1S        0.00
PENNSYLVANIA     2,        3.00

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA  15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 39.30 | 1,127.17 | |
| Base | 28.85 | 33.57 | 968.49 | 5,996.47 |
| OT | | | | 51.94 |
| Holiday Pay | 28.85 | 6.00 | 173.10 | 403.90 |
| Bereavement leav | | | | 692.40 |
| Gross Pay | | | 2,268.76 | 7,144.71 |

**Tax Deductions: Federal**
EE Social Security Tax
EE Medicare Tax                131.31        414.09
                               30.64-         96.83
**Tax Deductions: Pennsylvania**
Withholding Tax
EE Unemployment Tax            64.65         204.26
                                1.36           4.29
**Additional Deductions**
*Std Medical EE pre-tax
*Dental EE pre tax            132.39-        397.17
*Suppl Life                    15.08          45.24
Contact Lens Benefit  Optn      6.93          23.79
Spouse Life                    13.04          39.12
*Child Life Ins                 4.32          12.96
                                0.55-          1.65
Total Net Pay                              1,871.84    6,012.45

Total Work Hrs Per Pay Prd & YTD    72.64     209.95

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 24.24 | |
| PTO Taken | 8.00 | |
| PTO Balance | 16.42 | |
| Grp Term Life | 8.86 | 26.58 |

**Payment Method**                          Amount
Direct Deposit                              1,871.84

Your federal taxable wages       2,113.18

*Excluded from Federal Taxable Wages

---

# LUXOTTICA

Luxottica  Retail  North  America  Inc.
4000 Luxottica  Place
Mason ,OH  45040
Ph.  no.1-866-431-8484

Advice  Number:      0005038421
Advice  Date:        02/01/2019

**Deposited to the account of**
TAMMY   CAMPBELL

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | XXXXXXXX9174 | 044000024 | 1871.84 |

THIS IS NOT A CHECK



**Earnings  Statement**

CO    EMPLOYEE ID    000000-000000
CSSA# 729560
Cost Center: 8927

*Luxottica Retail North America Inc.*
*4000 Luxottica Place*
*Mason ,OH 45040*
*Ph. no.1-866-431-8484*

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
  FEDERAL         18      0.00
  PENNSYLVANIA    00      3.00

Page  002  of 002
Period Beg/End:      01/13/2019 - 01/26/2019
Advice Date:         02/01/2019
Advice Number:       0005038421
Batch Number:        000000001331

**TAMMY  CAMPBELL**
**198  MCCHAIN  RD**
**FINLEYVILLE  PA   15332**

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| **CURR PER: 01/20/19 – 01/26/19** | | | |
| Base | 28.85 | 33.57 | 968.49 |
| **CURR PER: 01/13/19 – 01/19/19** | | | |
| Base | 28.85 | 39.37 | 1127.17 |
| Holiday Pay | 28.85 | 6.00 | 173.10 |





THIS IS NOT A CHECK

# Earnings Statement

EMPLOYEE ID

Cost Center: 8927

Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason ,OH  45040
Ph. no.1-866-431-8484

FILING  STATUS:SINGLE
AUTHORITY EXEMPTION ADITL.W/H
FEDERAL
PENNSYLVANIA

| | | | | Page  001 of 002 |
|---|---|---|---|---|
| | Period Beg/End: | | | 08/26/2018 - 09/08/2018 |
| | Advice Date: | | | 09/14/2018 |
| | Advice Number: | | | 0004406925 |
| | Batch Number: | | | 000000001194 |

TAMMY   CAMPBELL
198 MCCHAIN   RD
FINLEYVILLE   PA   15332

## Earnings

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | | | | |
| Base | 28.85 | 39.30 | 1,135.73 | |
| OT | 43.28 | 40.30 | 1,154.08 | 15,145.44 |
| Personal Time of | 43.28 | 2.22 | 96.09 | 1,233.51 |
| Gross Pay | | | | 230.21 |
| | | | 2,305.81 | 12,509.63 |

### Tax Deductions: Federal

| | | | | |
|---|---|---|---|---|
| EE Social Security Tax | | | | |
| EE Medicare Tax | | | 138.58 | 74.96 |

### Tax Deductions: Pennsylvania

| | | | | |
|---|---|---|---|---|
| Withholding Tax | | | 32.19 | 174.92 |
| EE Unemployment Tax | | | 69.13 | 569.62 |
| | | | 1.43 | .52 |

### Additional Deductions

| | | | | |
|---|---|---|---|---|
| *Std Medical EE pre tax | | | | |
| *Dental EE pre tax | | | 126.39 | 575.24 |
| *Supp. Life | | | 14.78 | 44.34 |
| *Contact Lens Benefit  Opt. | | | 4.31 | 12.93 |
| Spouse Life | | | 10.73 | 32.19 |
| *Child Life Ins | | | 4.32 | 12.96 |
| | | | .55 | 1.65 |
| Total Net Pay | | | 1,974.41 | 10,726.24 |
| Total Work Hrs Per Pay Prd & YTD | | | 81.24 | 412.51 |

## Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 7.91 | |
| PTO Taken | 8.00 | |
| PTO Balance | 0.09 | |
| Grp Term Life | 7.98 | 23.94 |

## Payment Method

| | Amount |
|---|---|
| Direct Deposit | 1,974.41 |

Your federal taxable wages       2,027.19

*Excluded from federal taxable wages

---

**LUXOTTICA**  Luxottica  Retail  North  America  Inc.
4000  Luxottica  Place
Mason ,OH  45040
Ph.  no.1-866-431-8484

Advice  Number:       0004406925

Advice  Date:       09/14/2018

Deposited  to  the  account  of
TAMMY   CAMPBELL

| | Account  Number | Transit  ABA | Amount |
|---|---|---|---|
| | XXXXXXX9174 | 044000024 | 1974.41 |

THIS IS NOT A CHECK

CO EMPLOYEE ID 000000-000000
CSSA8 729560
Cost Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H

| | | |
|---|---|---|
| FEDERAL | 18 | 0.00 |
| PENNSYLVANIA | 00 | 0.00 |

# Earnings Statement

Page 002 of 002

Period Beg/End: 01/13/2019 - 01/26/2019
Advice Date: 02/01/2019
Advice Number: 0005038421
Batch Number: 00000001331

TAMMY CAMPBELL
198 MCCHAIN RD
FINLEYVILLE PA 15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 01/20/19 - 01/26/19 | | | |
| Base | 28.85 | 33.57 | 968.49 |
| CURR PER: 01/13/19 - 01/19/19 | | | |
| Base | 28.85 | 39.07 | 1127.17 |
| Holiday Pay | 28.85 | 6.00 | 173.10 |

LUXOTTICA

THIS IS NOT A CHECK

PCSSA8 729560 ... 10 ... 000000-000000
Cost Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H

| | | |
|---|---|---|
| FEDERAL | 18 | 0.00 |
| PENNSYLVANIA | 00 | 0.00 |

# Earnings Statement

Page 001 of 002

| | |
|---|---|
| Period Beg/End: | 01/27/2019 - 02/09/2019 |
| Advice Date: | 02/15/2019 |
| Advice Number: | 0005097334 |
| Batch Number: | 0000000013?? |

TAMMY CAMPBELL
198 MCCHAIN RD
FINLEYVILLE PA 15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 22.62 | 652.59 | |
| Base | 28.85 | 12.55 | 362.07 | |
| Base | 28.85 | 39.55 | 1,141.02 | 8,152.15 |
| OT | | | | |
| Holiday Pay | 28.85 | 2.00 | 57.70 | 51.94 |
| Bereavement leav | | | | 462.60 |
| Gross Pay | | | | 692.40 |
| | | | 2,213.38 | 9,358.09 |
| **Tax Deductions: Federal** | | | | |
| EE Social Security Tax | | | 127.59- | 541.62 |
| EE Medicare Tax | | | 29.84- | 126.67 |
| **Tax Deductions: Pennsylvania** | | | | |
| Withholding Tax | | | 62.90 | 287.16 |
| EE Unemployment Tax | | | 1.32- | 5.61 |
| **Additional Deductions** | | | | |
| *Std Medical EE pre tax | | | 132.39 | 529.56 |
| *Dental EE pre tax | | | 15.08 | 60.32 |
| *Suppl Life | | | 6.93 | 27.72 |
| Contact Lens Benefit Optn | | | 10.04- | 40.16 |
| Spouse Life | | | 4.32- | 17.28 |
| Child Life Ins | | | 0.55- | 2.20 |
| Total Net Pay | | | 1,822.42 | 7,739.85 |
| Total Work Hrs Per Pay Prd & YTD | | | 74.72 | 283.37 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 25.72 | |
| PTO Taken | 8.00 | |
| PTO Balance | 17.90 | |
| Grp Term Life | 8.86 | 35.44 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 1,822.42 |

Your federal taxable wages 2,057.80

*Excluded from Federal Taxable Wages

LUXOTTICA Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

| | |
|---|---|
| Advice Number: | 0005097334 |
| Advice Date: | 02/15/2019 |

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| TAMMY CAMPBELL | XXXXXXX9174 | 044000024 | 1822.42 |

THIS IS NOT A CHECK

# Earnings Statement

**LUXOTTICA**

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason , OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL          18         0.00
PENNSYLVANIA     00         0.00

Period Beg/End:     Page  002  of 002
Advice Date:        01/27/2019 - 02/09/2019
                    02/15/2019
Advice Number:      0005097334
Batch Number:       000000001347

**TAMMY  CAMPBELL**
198 MCCHAIN  RD
FINLEYVILLE    PA    15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| **CURR PER: 02/03/19 – 02/09/19** | | | |
| Base | 28.85 | 39.55 | 1141.02 |
| **CURR PER: 01/27/19 – 02/02/19** | | | |
| Base | 28.85 | 35.17 | 1014.66 |
| Holiday Pay | 28.85 | 2.00 | 57.70 |

**LUXOTTICA**

THIS IS NOT A CHECK

CO EMPLOYEE ID 000000-000000
CSSA#: 729560
Cost Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL 18 0.00
PENNSYLVANIA 00 0.00

# Earnings Statement

Page 001 of 002

Period Beg/End: 02/10/2019 - 02/23/2019
Advice Date: 03/01/2019
Advice Number: 0005161442
Batch Number: 000000001362

TAMMY CAMPBELL
198 MCCHAIN RD
FINLEYVILLE PA 15332

s

| | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| | 28.85 | 27.75 | 800.59 | |
| | 28.85 | 8.87 | 255.90 | |
| | 28.85 | 25.47 | 734.81 | |
| | 28.85 | 7.77 | 224.16 | 10,167.61 |
| Pay | | | | 51.94 |
| nt leav | | | | 461.60 |
| y | | | | 692.40 |
| | | | 2,015.46 | 11,373.55 |
| **ctions: Federal** | | | | |
| l Security Tax | | | 115.31- | 656.93- |
| are Tax | | | 26.97- | 153.64- |
| **ctions: Pennsylvania** | | | | |
| ing Tax | | | 56.83- | 323.93- |
| loyment Tax | | | 1.21- | 6.82- |
| **al Deductions** | | | | |
| ical EE pre tax | | | 132.39- | 661.95 |
| EE pre tax | | | 15.08 | 75.40 |
| ife | | | 6.93- | 34.65- |
| Lens Benefit Optn | | | 10.04- | 50.20- |
| ife | | | 4.32 | 21.60- |
| fe Ins | | | 0.55- | 2.75- |
| Pay | | | 1,645.83 | 9,185.88 |
| Hrs Per Pay Prd & YTD | | | 69.86 | 353.83 |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 27.06 | |
| PTO Taken | 8.00 | |
| PTO Balance | 19.24 | |
| Grp Term Life | 8.86 | 44.30 |

**Payment Method**

| | Amount |
|---|---|
| Direct Deposit | 1,645.83 |

Your federal taxable wages 1,659.88

*Excluded from Federal Taxable Wages

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Advice Number: 0005161442
Advice Date: 03/01/2019

to the account of
MPBELL

| Account Number | Transit ABA | Amount |
|---|---|---|
| XXXXXXX9174 | 044000024 | 1645.83 |

THIS IS NOT A CHECK

**Earnings Statement**

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason ,OH 45040
Ph. no.1-866-431-8484

Page 001 of 002
Period Beg/End:  08/26/2018 - 09/08/2018
Advice Date:     09/14/2018
Advice Number:   0004406925
Batch Number:    000000001194

FILING STATUS:SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H
FEDERAL       25       0.00
PENNSYLVANIA  00       0.00

TAMMY  CAMPBELL
198 MCCHAIN  RD
FINLEYVILLE  PA   15332

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Base | 28.85 | 39.00 | 1,125.73 | |
| Base | 28.85 | 40.00 | 1,154.00 | 11,145.34 |
| OT | 43.28 | 2.22 | 96.09 | 1,133.51 |
| Personal Lne of | | | | 230.80 |
| Gross Pay | | | 2,375.81 | 12,509.65 |

**Tax Deductions: Federal**

| | | | |
|---|---|---|---|
| EE Social Security Tax | | | |
| EE Medicare Tax | 138.98 | | 744.45 |

**Tax Deductions: Pennsylvania**

| | | | |
|---|---|---|---|
| Withholding Tax | 82.69 | | 174.32 |
| EE Unemployment Tax | 65.13 | | 369.62 |
| | 1.43 | | .51 |

**Additional Deductions**

| | | | |
|---|---|---|---|
| *Std Medical EE pre tax | | | |
| *Dental EE pre tax | 126.38 | | 375.14 |
| *Supp Life | 14.78 | | 44.34 |
| *Contact Lens Benefit Opth | 5.01 | | 15.03 |
| Spouse Life | 10.73 | | 32.19 |
| Chld Life Ins | 4.32 | | 12.96 |
| | 0.55 | | 1.65 |
| Total Net Pay | 1,974.41 | | 16,735.24 |
| Total Work Hrs Per Pay Prd & YTD | 81.24 | | 412.51 |

**Other Benefits and Information**

| | This Period | Year-to-date |
|---|---|---|
| PTO Carryover | 0.18 | |
| PTO Earned | 7.91 | |
| PTO Taken | 8.00 | |
| PTO Balance | 0.09 | |
| Grp Term Life | 7.98 | 23.94 |

**Payment Method**

| | Amount |
|---|---|
| Direct Deposit | 1,974.41 |

Your federal taxable wages       2,021.19

*Excluded from Federal Taxable Wages

LUXOTTICA Luxottica  Retail  North  America  Inc.
4000 Luxottica  Place
Mason ,OH 45040
Ph.  no.1-866-431-8484

Advice  Number:        0004406925
Advice  Date:          09/14/2018

Deposited  to  the  account  of
TAMMY  CAMPBELL

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| | XXXXXX9174 | 044000024 | 1974.41 |

THIS IS NOT A CHECK

**Earnings    Statement**

Cost Center: 8927

Luxottica Retail North America Inc.
4000 Luxottica Place
Mason , OH 45040
Ph. no.1-866-431-8484

FILING STATUS: SINGLE
AUTHORITY/EXEMPTION/ADDTL.W/H

| | | |
|---|---|---|
| FEDERAL | 18 | 0.00 |
| PENNSYLVANIA | 00 | 0.00 |

Period Beg/End:    02/10/2019 - 02/23/2019
Advice Date:       03/01/2019
Advice Number:     3005161442
Batch Number:      000000001362

Page  002  of 002

TAMMY   CAMPBELL
198 MCCHAIN   RD
FINLEYVILLE    PA    15332

| Curr Per/Retro Adj | Rate | Hours | Amt |
|---|---|---|---|
| CURR PER: 02/17/19 - 02/23/19 | | | |
| Base | 28.85 | 33.24 | 958.97 |
| CURR PER: 02/10/19 - 02/16/19 | | | |
| Base | 28.85 | 36.62 | 1056.49 |

**LUXOTTICA**

THIS IS NOT A CHECK