| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tammy M. Campbell** | Social Security number or ITIN  **xxx–xx–6382** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**   **3/2/19** |
| Case number: | **19–20818–CMB** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tammy M. Campbell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 198 McChain Road<br>Finleyville, PA 15332 | |
| 4. | **Debtor's attorney**<br>Name and address | Russell A. Burdelski<br>The Law Offices of Russell A. Burdelski<br>1020 Perry Highway<br>Pittsburgh, PA 15237–2109 | Contact phone 412–366–1511<br><br>Email:  atyrusb@choiceonemail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/22/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 29, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/28/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/13/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/29/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/29/19** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-20818-CMB
Tammy M. Campbell                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 2              Date Rcvd: Mar 22, 2019
                               Form ID: 309I           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db              +Tammy M. Campbell,   198 McChain Road,   Finleyville, PA 15332-4113
aty             +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                  Philadelphia, PA 19106-1541
aty             +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
tr              +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
15016310        +ALLIANCE CHARTER,   c/o FIRST FEDERAL CREDIT,   24700 CHAGRIN BLVD. SUITE 2,
                  Beachwood, OH 44122-5647
15016314        +AMSHER COLLECTIONS/DISH NETWORK,   4524 SOUTH LAKE PARKWAY,   STE 1,
                  Birmingham, AL 35244-3271
15016315        +AT&T/DIVERSFIELD CONSULTANTS,   10550 DEER WOOD PARK BLVD.,   Jacksonville, FL 32256-0596
15016318        +CHILD COMMUNITY PEDIATRICS,   COLLECTION SERVICES,   PO BOX 14931,   Pittsburgh, PA 15234-0931
15016321        +CPA/PEOPLES GAS,   PO BOX 9037,   Addison, TX 75001-9037
15016320        +CPA/PEOPLES GAS,   PO BOX 802068,   Dallas, TX 75380-2068
15016323        +FINLEYVILLE BORO,   c/o KEYSTONE COLLECTIONS GROUP,   546 WEDNEL ROAD,   Irwin, PA 15642-7539
15016324        +Finleyville Boro & SD,   c/o Keystone Collections Group,   546 Wendell Road,
                  Irwin, PA 15642-7539
15016326        +HSBC BANK NEVADA NA c/o CALVARY SPV,   ATTN: DAVID APOTHAKER ESQ,
                  520 FELLOWSHIP ROAD STE C306,   PO BOX 5496,   Mount Laurel, NJ 08054-5496
15016330        +NCB MANAGEMENT EXPRESS,   610 WALTHAM WAY,   Sparks, NV 89437-6695
15016332        +PARKING COURT,   633 W WISCONSIN AVENUE,   Milwaukee, WI 53203-1918
15016333        +PEOPLES GAS,   PO BOX 644760,   Pittsburgh, PA 15264-4760
15004075         PNC,   C/O MARK UDREN, ESQ,   111 WOODCREST ROAD, STE 200,   Cherry Hill, NJ 08003-3620
15004074        +PNC,   PO BOX 747024,   Pittsburgh, PA 15274-7024
15016336         PNC BANK,   PO BOX 1820,   Dayton, OH 45401-1820
15016337        +PNC/NBC MANAGEMENT,   PO BOX 1099,   Langhorne, PA 19047-6099
15016427        +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                  Pittsburgh, PA 15233-1828
15016341        +TMOBILE/DIVERSFIELD CONSULTANT,   10550 DEER WOOD PARK BLVD.,   Jacksonville, FL 32256-0596
15016343        +WEST PENN POWER,   PO BOX 6387,   Akron, OH 44312
15016344        +WESTFIELD INSURANCE,   ONE PEARL CIRCLE,   PO BOX 5001,   Westfield Center, OH 44251-5001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: atyrusb@choiceonemail.com Mar 23 2019 02:26:40     Russell A. Burdelski,
                  The Law Offices of Russell A. Burdelski,   1020 Perry Highway,   Pittsburgh, PA  15237-2109
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2019 02:27:26     Pennsylvania Dept. of Revenue,
                  Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 23 2019 02:27:31
                  Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                  Pittsburgh, PA 15222-3721
15016311         EDI: GMACFS.COM Mar 23 2019 06:13:00      ALLY,   PO BOX 380901,   Minneapolis, MN 55438-0901
15016312        +EDI: GMACFS.COM Mar 23 2019 06:13:00      ALLY FINANCIAL,   200 RENAISSANCE CENTER,
                  Detroit, MI 48243-1300
15016316        +EDI: CAPITALONE.COM Mar 23 2019 06:13:00      CAPITAL ONE,   PO BOX 30285,
                  Salt Lake City, UT 84130-0285
15016317        +EDI: PRA.COM Mar 23 2019 06:13:00      CAPITAL ONE,   c/o PORTFOLIO RECOVERY,
                  120 CORPORATE BLVD. STE 1,   Norfolk, VA 23502-4952
15016319        +E-mail/Text: bknotice@ercbpo.com Mar 23 2019 02:27:39     COMCAST CABLE/ENHANCED RECOVERY,
                  8014 BAYBERRY ROAD,   Jacksonville, FL 32256-7412
15016322        +EDI: RCSFNBMARIN.COM Mar 23 2019 06:13:00      CREDIT ONE BANK,   PO BOX 60500,
                  City of Industry, CA 91716-0500
15004843        +E-mail/Text: bankruptcy@cavps.com Mar 23 2019 02:27:50     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
15016325        +EDI: CCS.COM Mar 23 2019 06:13:00      GENERAL INSURANCE,   c/o CREDIT COLLECTIONS,   PO BOX 607,
                  Norwood, MA 02062-0607
15016327         EDI: JEFFERSONCAP.COM Mar 23 2019 06:13:00      JEFFERSON CAPITAL SYSTEMS LLC,
                  16 MCLELAND ROAD,   Saint Cloud, MN 56303
15016329        +EDI: TSYS2.COM Mar 23 2019 06:13:00      MACYS,   PO BOX 183084,   Columbus, OH 43218-3084
15016331        +E-mail/Text: bnc@nordstrom.com Mar 23 2019 02:26:57     NORDSTROM,   PO BOX 13589,
                  Scottsdale, AZ 85267-3589
15016338         EDI: PRA.COM Mar 23 2019 06:13:00      PORTFOLIO RECOVERY,   120 CORPORATE BOULEVARD,   STE 100,
                  Norfolk, VA 23502
15016339        +EDI: CCS.COM Mar 23 2019 06:13:00      PROGRESSIVE,   c/o CREDIT COLLECTION,   PO BOX 607,
                  Norwood, MA 02062-0607
15016340        +EDI: RESURGENT.COM Mar 23 2019 06:13:00      SPRINGLEAF FINANCIAL,   c/o LVNV FUNDING INC,
                  PO BOX 10497,   Greenville, SC 29603-0497
15016342         EDI: VERIZONCOMB.COM Mar 23 2019 06:13:00      VERIZON,   5000 TECHNOLOGY DR SUITE 300,
                  Saint Charles, MO 63304
                                                                                              TOTAL: 18
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Mar 22, 2019
                              Form ID: 309I           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK NATIONAL ASSOCIATION
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15016334*       +PNC,    PO BOX 747024,    Pittsburgh, PA 15274-7024
15016335*        PNC,    C/O MARK UDREN, ESQ,    111 WOODCREST ROAD, STE 200,    Cherry Hill, NJ 08003-3620
15016313       ##+AMERIFINANCIAL SOLUTIONS,    FOUND RADIOLOGY,    PO BOX 7,    Vassar, MI 48768-0007
15016328       ##+JOSEPH MAYNARD,    198 MCCHAIN ROAD,    Finleyville, PA 15332-4113
                                                                                        TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J.  Winnecour     cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Tammy M. Campbell atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5
```