**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/22/19 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re, )  | Case No. 19-20818-CMB |
| Tammy Campbell, ) | Filed under |
|     Debtor/movant ) | 11 USC 362(c)(3) |
| Tammy Campbell, ) | Filed under |
|     Debtor/movant ) | |
| v.   . ) | Chapter 13 |
| **Ally Financial** | |
| **American InfoSource LP** | Related to Document No. 4 |
| **Amsher Coll / Dish Network** | |
| **Apothaker & Assoc.** | |
| **Capital One** | |
| **Cavalry SPV** | |
| **Collection Service / Childrens Comm Peda** | |
| **Credit Coll / Progressive** | |
| **Credit One Bank** | |
| **Credit Protection / Peoples Natural gGas** | |
| **Diversified Consultant / AT&T Wireless** | |
| **Enhanced Recovery Co / Comcast Cable** | |
| **Finleyville Borough** | |
| **First Federal Credit / Alliance Chartier** | |
| **Jefferson Capital Syst / Gettington** | |
| **Lvnv Funding Llc / Springleaf Financial** | |
| **Macys** | |
| **Mark J Udren, Esq.** | |
| **Nordstrom Card Services** | |
| **Peoples Natural Gas Company LLC** | |
| **PNC Bank, N.A** | |
| **Portfolio Recovery** | |
| **Profess Acct / PGH Parking Court** | |
| **Ringgold School District** | |
| **Springleaf Financial** | |
| **Township of Union** | |
| **Verizon** | |
| **West Penn Power** | |
| **Westfield Insurance** | |
|     Creditor/respondent(s) ) | Hearing date 3/27/19 @ 11:30am |
| Ronda Winnecour ) | |
|     Trustee/respondent ) | Response Deadline 3/19/19 |

**ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS**

AND NOW, this ___22nd___ day of _____March_____, 20_19_ it is hereby

ORDERED, ADJUDGED, AND DECREED that the automatic stay is extended as to the above captioned respondents for the duration of the Chapter 13 case unless the case is dismissed or relief is granted for failure to comply with the terms and conditions of the Chapter 13 plan or by further Order of this Court.

        By the Court

                                  _____ vas
                                  United States Bankruptcy Judge

atyrusb@choiceonemail.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-20818-CMB
Tammy M. Campbell                                                      Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: bsil              Page 1 of 2             Date Rcvd: Mar 22, 2019
                           Form ID: pdf900        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db          +Tammy M. Campbell,    198 McChain Road,    Finleyville, PA 15332-4113
15016310    +ALLIANCE CHARTER,    c/o FIRST FEDERAL CREDIT,    24700 CHAGRIN BLVD. SUITE 2,
              Beachwood, OH 44122-5647
15016314    +AMSHER COLLECTIONS/DISH NETWORK,    4524 SOUTH LAKE PARKWAY,    STE 1,
              Birmingham, AL 35244-3271
15016315    +AT&T/DIVERSFIELD CONSULTANTS,    10550 DEER WOOD PARK BLVD.,    Jacksonville, FL 32256-0596
15016318    +CHILD COMMUNITY PEDIATRICS,    COLLECTION SERVICES,    PO BOX 14931,    Pittsburgh, PA 15234-0931
15016321    +CPA/PEOPLES GAS,    PO BOX 9037,    Addison, TX 75001-9037
15016320    +CPA/PEOPLES GAS,    PO BOX 802068,    Dallas, TX 75380-2068
15016323    +FINLEYVILLE BORO,    c/o KEYSTONE COLLECTIONS GROUP,    546 WEDNEL ROAD,    Irwin, PA 15642-7539
15016324    +Finleyville Boro & SD,    c/o Keystone Collections Group,    546 Wendell Road,
              Irwin, PA 15642-7539
15016326    +HSBC BANK NEVADA NA c/o CALVARY SPV,    ATTN: DAVID APOTHAKER ESQ,
              520 FELLOWSHIP ROAD STE C306,    PO BOX 5496,    Mount Laurel, NJ 08054-5496
15016329    +MACYS,   PO BOX 183084,    Columbus, OH 43218-3084
15016330    +NCB MANAGEMENT EXPRESS,    610 WALTHAM WAY,    Sparks, NV 89437-6695
15016332    +PARKING COURT,    633 W WISCONSIN AVENUE,    Milwaukee, WI 53203-1918
15016333    +PEOPLES GAS,    PO BOX 644760,    Pittsburgh, PA 15264-4760
15004075     PNC,    C/O MARK UDREN, ESQ,    111 WOODCREST ROAD, STE 200,    Cherry Hill, NJ 08003-3620
15004074    +PNC,    PO BOX 747024,    Pittsburgh, PA 15274-7024
15016336     PNC BANK,    PO BOX 1820,    Dayton, OH 45401-1820
15016337    +PNC/NBC MANAGEMENT,    PO BOX 1099,    Langhorne, PA 19047-6099
15016427    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
15016341    +TMOBILE/DIVERSFIELD CONSULTANT,    10550 DEER WOOD PARK BLVD.,    Jacksonville, FL 32256-0596
15016343    +WEST PENN POWER,    PO BOX 6387,    Akron, OH 44312
15016344    +WESTFIELD INSURANCE,    ONE PEARL CIRCLE,    PO BOX 5001,    Westfield Center, OH 44251-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15016311          E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2019 02:26:50      ALLY,   PO BOX 380901,
              Minneapolis, MN 55438-0901
15016312         +E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2019 02:26:50      ALLY FINANCIAL,
              200 RENAISSANCE CENTER,   Detroit, MI 48243-1300
15016316         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 02:31:06      CAPITAL ONE,
              PO BOX 30285,    Salt Lake City, UT 84130-0285
15016317         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 02:52:34      CAPITAL ONE,
              c/o PORTFOLIO RECOVERY,    120 CORPORATE BLVD. STE 1,    Norfolk, VA 23502-4952
15016319         +E-mail/Text: bknotice@ercbpo.com Mar 23 2019 02:27:38      COMCAST CABLE/ENHANCED RECOVERY,
              8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
15016322         +E-mail/PDF: creditonebknotifications@resurgent.com Mar 23 2019 02:31:10      CREDIT ONE BANK,
              PO BOX 60500,    City of Industry, CA 91716-0500
15004843         +E-mail/Text: bankruptcy@cavps.com Mar 23 2019 02:27:47      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15016325         +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 23 2019 02:28:17      GENERAL INSURANCE,
              c/o CREDIT COLLECTIONS,    PO BOX 607,   Norwood, MA 02062-0607
15016327          E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2019 02:27:44      JEFFERSON CAPITAL SYSTEMS LLC,
              16 MCLELAND ROAD,    Saint Cloud, MN 56303
15016331         +E-mail/Text: bnc@nordstrom.com Mar 23 2019 02:26:57      NORDSTROM,   PO BOX 13589,
              Scottsdale, AZ 85267-3589
15016338          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 02:30:35
              PORTFOLIO RECOVERY,    120 CORPORATE BOULEVARD,    STE 100,   Norfolk, VA 23502
15016339         +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 23 2019 02:28:17      PROGRESSIVE,
              c/o CREDIT COLLECTION,    PO BOX 607,   Norwood, MA 02062-0607
15016340         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2019 02:41:32
              SPRINGLEAF FINANCIAL,    c/o LVNV FUNDING INC,    PO BOX 10497,   Greenville, SC 29603-0497
15016342          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 23 2019 02:26:46
              VERIZON,    5000 TECHNOLOGY DR SUITE 300,    Saint Charles, MO 63304
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK NATIONAL ASSOCIATION
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15016334*       +PNC,    PO BOX 747024,    Pittsburgh, PA 15274-7024
15016335*        PNC,    C/O MARK UDREN, ESQ,    111 WOODCREST ROAD, STE 200,    Cherry Hill, NJ 08003-3620
15016313       ##+AMERIFINANCIAL SOLUTIONS,    FOUND RADIOLOGY,    PO BOX 7,   Vassar, MI 48768-0007
15016328       ##+JOSEPH MAYNARD,    198 MCCHAIN ROAD,    Finleyville, PA 15332-4113
                                                                                  TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: bsil              Page 2 of 2             Date Rcvd: Mar 22, 2019
                              Form ID: pdf900         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Tammy M. Campbell atyrusb@choiceonemail.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 5
```