IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**TAMMY M. CAMPBELL**<br><br>Debtor<br><br>**TAMMY M. CAMPBELL**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-20818**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Russell A. Burdelski, Esquire 72688   PA**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Verizon
PO Box 15124
Albany, NY 12212-5124

WEST PENN POWER
PO BOX 16001
Reading, PA 19612-6001

By: **/s/ Russell A. Burdelski, Esquire**
 Signature
**Russell A. Burdelski, Esquire 72688   PA**
Typed Name
**1020 PERRY HIGHWAY**
**Pittsburgh, PA 15237**
Address
**(412) 366-1511 Fax:(412) 366-1711**
Phone No.
**72688   PA PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**