## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
|    Tammy Campbell ) | | Hearing Date  7/24/19 |
| ) | | Hearing Time@10:00am |
| Tammy Campbell ) | | Case No. 19-20818-CMB |
|    Debtor/Movant ) | | Chapter 13 |
|    v. ) | | Response due date: 7/05/19 |
| CAVALRY SPV I, LLC AS ASSIGNEE FOR HSBC BANK ) | | RAB-1 |
|    Creditor/Respondent ) | | Filed under Local Bankr. |
| ) | | Rule 9013.4  6(a) |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION TO AVOID THE JUDICIAL LIEN
OF CAVALRY SPV I, LLC AS ASSIGNEE FOR HSBC BANK**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on 6/18/19_ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than ____7/05/19____.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Respectfully submitted,

BURDELSKI LAW OFFICES

DATE__7/06/19                __/s/Russell A. Burdelski, Esquire_____
                                                     R. Burdelski, Esquire
                                                   Burdelski Law Offices
                                                   1020 Perry Highway
                                                   Pittsburgh, PA 15237
                                                   atyrusb@choiceonemail.com
                                                   (412) 364-1511
                                                   PA I.D. # 72688