**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re: Tammy Campbell                )        Chapter 13
         Debtor(s)                    )        Case Number 19-20818-GLT
                                                            )
Tammy Campbell, Debtor(s)            )

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN WITH CAVALRY SPV I, LLC**

      I certify under penalty of perjury that I have served a copy of the Debtors Order granting Motion to Avoid Judicial Lien with Cavalry SPV I, LLC filed with this proceeding on July 10, 2019,

      The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

      If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**CAVALRY SPV I, LLC**
**c/o Alexander Zaro, CEO**
**500 Summit Lake Drive**
**Valhalla, NY 10595**

Executed on July 10, 2019

                                                   ___/s/Russell A. Burdelski, Esquire_
                                                   R. Burdelski, Esquire
                                                 Burdelski Law Offices
                                                 1020 Perry Highway-
                                                 Pittsburgh, PA 15237
                                                 (412) 366 - 1511
                                                 atyrusb@choiceonemail.com
                                                 PA I.D. # 72688

_____July 10, 2019_____DATE