IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Tammy Campbell    )
        )
    Tammy Campbell    )    Case No. 19-20818-CMB
        Debtor/Movant    )    Chapter 13
        v.    )
    CAVALRY SPV I, LLC AS ASSIGNEE FOR HSBC BANK    )    Related to: Document No. 36
        Creditor/Respondent    )
        )    **ENTERED BY DEFAULT**

## ORDER TO AVOID JUDICIAL LIEN

The motion of Tammy Campbell, to avoid the judicial lien on real estate of the respondent CAVALRY SPV I, LLC AS ASSIGNEE FOR HSBC BANK's is sustained. The Lien is a judicial lien that impairs the debtor's exemption on the following real estate:

198 McChain Road,

Finleyville, PA 15332

Unless the Debtor's bankruptcy case is dismissed, the lien of the respondent, CAVALRY SPV I, LLC AS ASSIGNEE FOR HSBC BANK is extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor. Debtor shall be permitted to take certified copies of this order and record them at the County Recorded of Deeds Office.

Dated: July 9, 2019

Carlota M. Böhm  glb
Chief United States Bankruptcy Judge

FILED
7/9/19 4:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Tammy M. Campbell  
    Debtor

Case No. 19-20818-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jul 09, 2019  
                           Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db         +Tammy M. Campbell,    198 McChain Road,    Finleyville, PA 15332-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15004843       +E-mail/Text: bankruptcy@cavps.com Jul 10 2019 02:58:11      Cavalry SPV I, LLC,  
         500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321  
                                                                                                                                                        TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Russell A. Burdelski    on behalf of Debtor Tammy M. Campbell atyrusb@choiceonemail.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                                                                                                  TOTAL: 5