Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tammy M. Campbell** | : | Case No. 19−20818−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| PNC BANK NATIONAL ASSOCIATION | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 8 |
| v. | : | |
| Tammy M. Campbell | : | |
| *Respondent.* | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  09/18/2019 .

IN ADDITION, THE REFILED DOCUMENT MUST FULLY COMPLY WITH W.PA.LBR 5005−6 SPECIFICALLY THE REQUIREMENT OF /S/ PRECEDING ALL ELECTRONIC SIGNATURES.

Dated: September 4, 2019

Dena Passerotti
Deputy Clerk

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 19-20818-CMB
Tammy M. Campbell                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dpas              Page 1 of 1              Date Rcvd: Sep 04, 2019
                             Form ID: 128            Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
aty             Russell A. Burdelski,    The Law Offices of Russell A. Burdelski,    1020 Perry Highway,
                 Pittsburgh, PA 15237-2109
               +PNC MORTGAGE,    Christine Kinderdine,    Bankruptcy Specialist,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Tammy M. Campbell atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5
```