# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** TAMMY M. CAMPBELL
- **Case Number:** 19-20818-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
9/12/19 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#38 Amended Plan Dated 6/19/2019 (NFC)
#40 Certificate of Service
R / M #: 16 / 0

**Appearances:**

Debtor: Burdelski
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

**Proceedings:**

Outcome:   counsel/debtor have no defense — consents

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

No pmt since a partial pmt in 4/19

9/5/2019    3:35:29PM