Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Tammy M. Campbell** | : | Case No. 19−20818−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Sep. 12, 2019 Proceeding |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this *The 12th of September, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-20818-CMB
Tammy M. Campbell                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2          Date Rcvd: Sep 12, 2019
                              Form ID: 309        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db         +Tammy M. Campbell,    198 McChain Road,    Finleyville, PA 15332-4113
15016310   +ALLIANCE CHARTER,    c/o FIRST FEDERAL CREDIT,    24700 CHAGRIN BLVD. SUITE 2,
             Beachwood, OH 44122-5647
15016314   +AMSHER COLLECTIONS/DISH NETWORK,    4524 SOUTH LAKE PARKWAY,    STE 1,
             Birmingham, AL 35244-3271
15016315   +AT&T/DIVERSFIELD CONSULTANTS,    10550 DEER WOOD PARK BLVD.,    Jacksonville, FL 32256-0596
15016318   +CHILD COMMUNITY PEDIATRICS,    COLLECTION SERVICES,    PO BOX 14931,    Pittsburgh, PA 15234-0931
15016321   +CPA/PEOPLES GAS,    PO BOX 9037,    Addison, TX 75001-9037
15016320   +CPA/PEOPLES GAS,    PO BOX 802068,    Dallas, TX 75380-2068
15016323   +FINLEYVILLE BORO,    c/o KEYSTONE COLLECTIONS GROUP,    546 WEDNEL ROAD,    Irwin, PA 15642-7539
15016324   +Finleyville Boro & SD,    c/o Keystone Collections Group,    546 Wendell Road,
             Irwin, PA 15642-7539
15016326   +HSBC BANK NEVADA NA c/o CALVARY SPV,    ATTN: DAVID APOTHAKER ESQ,
             520 FELLOWSHIP ROAD STE C306,    PO BOX 5496,    Mount Laurel, NJ 08054-5496
15016330   +NCB MANAGEMENT EXPRESS,    610 WALTHAM WAY,    Sparks, NV 89437-6695
15016332   +PARKING COURT,    633 W WISCONSIN AVENUE,    Milwaukee, WI 53203-1918
15016333   +PEOPLES GAS,    PO BOX 644760,    Pittsburgh, PA 15264-4760
15004074   +PNC,    PO BOX 747024,    Pittsburgh, PA 15274-7024
15004075    PNC,    C/O MARK UDREN, ESQ,    111 WOODCREST ROAD, STE 200,    Cherry Hill, NJ 08003-3620
15016336    PNC BANK,    PO BOX 1820,    Dayton, OH 45401-1820
15034348   +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
15016337   +PNC/NBC MANAGEMENT,    PO BOX 1099,    Langhorne, PA 19047-6099
15016427   +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
15059563   +Ringgold School District,    c/o Keystone Collections Group,    546 Wendel Road,
             Irwin, PA 15642-7539
15016341   +TMOBILE/DIVERSFIELD CONSULTANT,    10550 DEER WOOD PARK BLVD.,    Jacksonville, FL 32256-0596
15059564   +Township of Union,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
15016343   +WEST PENN POWER,    PO BOX 6387,    Akron, OH 44312
15016344   +WESTFIELD INSURANCE,    ONE PEARL CIRCLE,    PO BOX 5001,    Westfield Center, OH 44251-5001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15016311    EDI: GMACFS.COM Sep 13 2019 06:23:00      ALLY,    PO BOX 380901,    Minneapolis, MN 55438-0901
15016312   +EDI: GMACFS.COM Sep 13 2019 06:23:00      ALLY FINANCIAL,    200 RENAISSANCE CENTER,
             Detroit, MI 48243-1300
15018804    EDI: GMACFS.COM Sep 13 2019 06:23:00      Ally Financial,    PO Box 130424,
             Roseville MN 55113-0004
15016316   +EDI: CAPITALONE.COM Sep 13 2019 06:23:00      CAPITAL ONE,    PO BOX 30285,
             Salt Lake City, UT 84130-0285
15016317   +EDI: PRA.COM Sep 13 2019 06:23:00      CAPITAL ONE,    c/o PORTFOLIO RECOVERY,
             120 CORPORATE BLVD. STE 1,    Norfolk, VA 23502-4952
15016319   +E-mail/Text: bknotice@ercbpo.com Sep 13 2019 02:41:12      COMCAST CABLE/ENHANCED RECOVERY,
             8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
15016322   +EDI: RCSFNBMARIN.COM Sep 13 2019 06:23:00      CREDIT ONE BANK,    PO BOX 60500,
             City of Industry, CA 91716-0500
15030091    EDI: CAPITALONE.COM Sep 13 2019 06:23:00      Capital One Bank (USA), N.A.,
             by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
15004843   +E-mail/Text: bankruptcy@cavps.com Sep 13 2019 02:41:22      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
15016325   +EDI: CCS.COM Sep 13 2019 06:23:00      GENERAL INSURANCE,    c/o CREDIT COLLECTIONS,    PO BOX 607,
             Norwood, MA 02062-0607
15016327    EDI: JEFFERSONCAP.COM Sep 13 2019 06:23:00      JEFFERSON CAPITAL SYSTEMS LLC,
             16 MCLELAND ROAD,    Saint Cloud, MN 56303
15018412    EDI: RESURGENT.COM Sep 13 2019 06:23:00      LVNV Funding, LLC,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
15016329   +EDI: TSYS2.COM Sep 13 2019 06:23:00      MACYS,    PO BOX 183084,    Columbus, OH 43218-3084
15016331   +E-mail/Text: bnc@nordstrom.com Sep 13 2019 02:40:27      NORDSTROM,    PO BOX 13589,
             Scottsdale, AZ 85267-3589
15016338    EDI: PRA.COM Sep 13 2019 06:23:00      PORTFOLIO RECOVERY,    120 CORPORATE BOULEVARD,    STE 100,
             Norfolk, VA 23502
15016339   +EDI: CCS.COM Sep 13 2019 06:23:00      PROGRESSIVE,    c/o CREDIT COLLECTION,    PO BOX 607,
             Norwood, MA 02062-0607
15016340   +EDI: RESURGENT.COM Sep 13 2019 06:23:00      SPRINGLEAF FINANCIAL,    c/o LVNV FUNDING INC,
             PO BOX 10497,    Greenville, SC 29603-0497
15016342   +EDI: VERIZONCOMB.COM Sep 13 2019 06:23:00      VERIZON,    5000 TECHNOLOGY DR SUITE 300,
             Saint Charles, MO 63304
15035466    EDI: VERIZONCOMB.COM Sep 13 2019 06:23:00      Verizon,    PO Box 15124,    Albany, NY 12212-5124
15035467    E-mail/Text: bankruptcy@firstenergycorp.com Sep 13 2019 02:41:07      West Penn Power,
             PO Box 16001,    Reading, PA 19612-6001
15037765   +E-mail/Text: bankruptcy@firstenergycorp.com Sep 13 2019 02:41:07      West Penn Power,
             5001 NASA Blvd,    Fairmont WV 26554-8248
                                                                                              TOTAL: 21
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Sep 12, 2019
                              Form ID: 309            Total Noticed: 45


                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                PNC BANK NATIONAL ASSOCIATION
cr*              +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                   Pittsburgh, PA 15233-1828
15025421*         Ally Financial,    PO Box 130424,    Roseville MN 55113-0004
15016334*        +PNC,    PO BOX 747024,    Pittsburgh, PA 15274-7024
15016335*         PNC,    C/O MARK UDREN, ESQ,    111 WOODCREST ROAD, STE 200,    Cherry Hill, NJ 08003-3620
15016313        ##+AMERIFINANCIAL SOLUTIONS,    FOUND RADIOLOGY,    PO BOX 7,    Vassar, MI 48768-0007
15016328        ##+JOSEPH MAYNARD,    198 MCCHAIN ROAD,    Finleyville, PA 15332-4113
                                                                                          TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Tammy M. Campbell atyrusb@choiceonemail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5
```