**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| TAMMY M. CAMPBELL | Case No.: 19-20818 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/02/2019 and confirmed on 05/03/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,098.46 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,098.46 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 690.44 | |
|    Trustee Fee | 148.73 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 839.17 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BOROUGH OF FINLEYVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 2,259.29 | 0.00 | 2,259.29 |
|     Acct: 4909 | | | | |
|   PNC BANK NA | 43,162.44 | 0.00 | 0.00 | 0.00 |
|     Acct: 4909 | | | | |
|   ALLY FINANCIAL(*) | 180.17 | 0.00 | 0.00 | 0.00 |
|     Acct: 8339 | | | | |
| | | | | 2,259.29 |
| **Priority** | | | | |
|   RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TAMMY M. CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RUSSELL A BURDELSKI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FINLEYVILLE BOROUGH (EIT) | 1,200.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6382 | | | | |

| 19-20818 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | RUSSELL A BURDELSKI ESQ* | 3,000.00 | 690.44 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RUSSELL A BURDELSKI ESQ* | 1,250.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNION TOWNSHIP (EIT) | 264.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 6382 | | | | |
| | RINGGOLD SD (UNION TWP) (EIT) | 264.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 6382 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | FFCC CLEVELAND | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3234 | | | | |
| | ALLY FINANCIAL(*) | 7,106.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 2068 | | | | |
| | AMERIFINANCIAL SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5868 | | | | |
| | AMSHER COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9630 | | | | |
| | DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6161 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0788 | | | | |
| | CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4226 | | | | |
| | CHILDRENS COMMUNITY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 98XV | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2624 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2384 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 2,411.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 4845 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6190 | | | | |
| | GENERAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0333 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 2,525.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 7735 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5003 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/M | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7970 | | | | |
| | LVNV FUNDING LLC | 1,006.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 6123 | | | | |
| | NORDSTROM FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6473 | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6445 | | | | |
| | S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5633 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6729 | | | | |
| | NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6956 | | | | |

| 19-20818 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4288 | | | | |
|    PROGRESSIVE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4493 | | | | |
|    LVNV FUNDING LLC | 3,544.27 | 0.00 | 0.00 | 0.00 |
|      Acct: 9818 | | | | |
|    DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 2524 | | | | |
|    VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    WEST PENN POWER* | 3,444.91 | 0.00 | 0.00 | 0.00 |
|      Acct: 3447 | | | | |
|    WESTFIELD INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 8639 | | | | |
|    JOSPEH MAYNARD | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CAPITAL ONE BANK (USA) NA BY AMERIC. | 256.18 | 0.00 | 0.00 | 0.00 |
|      Acct: 5338 | | | | |
|    VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 01ss | | | | |
|    WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 3447 | | | | |
|    LVNV FUNDING LLC | 259.54 | 0.00 | 0.00 | 0.00 |
|      Acct: 1467 | | | | |
|    RINGGOLD SD (UNION TWP) (EIT) | 134.05 | 0.00 | 0.00 | 0.00 |
|      Acct: 6382 | | | | |
|    UNION TOWNSHIP (EIT) | 134.04 | 0.00 | 0.00 | 0.00 |
|      Acct: 6382 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 2,259.29 |

TOTAL CLAIMED
PRIORITY        1,729.44
SECURED        43,342.61
UNSECURED        20.822.61

Date: 10/11/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com